May I have reference to someone like Indra, Head of Hindra Talent, Kohler? No, what was the order again? Take a moment to get settled and then introduce yourself. Good morning, Your Honor. I'm Etta Hindra, the appellant. Now, I'm going to confess something. I'm a little hard of hearing, so you get that microphone as close as you can to your mouth. Reach up and pull it toward you. Pull it over, yeah. And then you speak into it. I'm Etta Hindra. I want to ask whether I can get the House title reversed, because I think Judge Sandra Klein is incorrect. I'm in default in year 2009, and this bankruptcy trustee sale is year 2016, so it is already seven years. The statute of limitation is four years, California, and I read in the... That's on a contract. A written contract, it is four years, statute of limitation, so it is barred. And also, Judge Klein left the automatic stay based on Bonded Luven, the quality loan service, saying that he did not receive when I talked to the pro bono bankruptcy court, and they say, oh, the bankruptcy number, it is in the bankruptcy petition, because Bonded Luven quality loan service say they... I refuse, Etta Hindra refuse to give the bankruptcy number, but I was... I have the attorney on record, Carlo Reyes, to file my bankruptcy, and Carlo... because bankruptcy attorney Reyes say he is more familiar with Chapter 13. So, Judge Klein left automatic stay in May 18, 2016. It is already more than 120 days, Your Honor, so it is also barred. And also, I want to draw your attention. The trustee did upon sale a saying about the instrument that I signed, June 29, 2005, but the Commonwealth United Mortgage already paid off, and this is the paper. It's already been paid off, so there is no more lien, because United National City already paid off. And I already submit the paper to you, to the appellate. This is paid off, and then National City Mortgage sold this to the Morgan Stanley Trust, but Morgan Stanley Trust, Deutsche Bank do not do proper transfer, so Deutsche Bank do not get the title to the property. I have the securitization audit when I filed the bankruptcy petition. So, Deutsche Bank do not have the title, and Deutsche Bank attorney... file with MSM-2006-06-AR. My note is MSM-2005-06, so it is either the note already been terminated, so he use a different note. And I also want to say that the U.S. trustee give the FRBP Rule 3001, it is Federal Rule Bankruptcy Procedure, the proof of claim. Deutsche Bank attorney never been able to prove the owner of the note at the district court. So, to my understanding, the mortgage and the note should be together in order to foreclose my house, but the promissory note already been sold in New York Stock Exchange in 2005, already create 1.8 billion. I have the securitization that I already submitted to you. Besides that, PNC Mortgage Services filed notice of default two times, so they already pocketed money 1.3 million to 2 million at least. Then, PNC Mortgage Services filed property tax fraud to make Deutsche Bank as the owner because I'm like a host of international student study in the U.S. I have only three small rooms, so I built another two-story building to make more rooms, another four rooms, so I can make payment, but PNC Mortgage Services foreclosed instead of giving me the loan modification. So, I want to pay, but they do not want to give me permanent loan modification. I already successful with the trial for balance payment plan eight months, so I already tried my best, and I filed bankruptcy note in the bad faith. Attorney David Brian Liley, the Deutsche Bank appearance attorney in the bankruptcy court, said, Judge Klein, if you do not approve the retroactive annulment, then everything should start over again, and it shows that the debtor, it's me, it's a good faith. It is in the transcript that David Brian Liley said, if Judge Klein do not approve annulment retroactive, then everything should start all over again, and I have also evidence that I submit to the court that a PNC mortgage asking me to pay the property tax $20,000. Actually, it's only $6,000 to $8,000 in year 2008, but because I built two-story building to adding more rooms for the student to stay, and they pay retroactive to become $20,000. That is a property tax fraud, Your Honor, and I received this in the email that the trustee file terminated January 25, 2016, and loan level collateralized terminated February 21, 2013. So it is proof that I think this note either terminated or whatever. To my concern is Deutsche Bank is not the owner of this mortgage note, and I already have the evidence. It is pay off national city mortgage, pay off the Commonwealth United mortgage, and I have the superior ownership because I paid until now the utilities bill of the house. Even though I'm staying on the street, Deutsche Bank attorney saying that I'm the one who damaged the two-story building, damaged all my personal belonging. I do not even have proper clothes because they already emptied the house. They want to sell the house with $1.3 million, and I'm the one who built.  And all this trash all over, all my personal belonging, all trash, I already submit to the court. They say I'm the one who doing it. And my trailer, also they dumping it on the street. My trailer has a lot of paper because I want to submit to the court everything. They already put it on the street, and they accuse me. I'm the one who did it. How can I enter the house because Caldwell Banker has the house key. October 11, 2016, I was evicted, all the students evicted from the house, and they accused me I'm the one who stole my personal belonging, all the construction. The construction is not done, but they say it's completed in year 2011 to make Deutsche Bank as the owner of this two-story building. So I already submit to the bankruptcy judge. Based on the square footage, it's $3 million. Now on the market, $1.3 million. So to my understanding, bankruptcy court make a mistake. I'm able to pay. Actually, I can pay this $644,000, but this is my only house. I live in the house for now 26 years. Very, very terrible. I'm on the street for three years, Your Honor. No toilet, no shower, and food. They also took the oven, the stove. So when the district judge asking me to enter, they do not want me to cook. So I'm outside in the cold, especially like two days ago, very cold and very windy. I want to return to my home. I pay the utilities bill, and he program give me $348 discount. So I have to pay like $1,000 something. I'm the superior, then securitized loan, Your Honor. I joined. Joyce Essex said, you are stealing, stolen. You did this. I said, I joined West LA Police, and I also work at the UCLA Police. I don't think that I do that. How can I climb the fencing for six foot tall? And I do not dumping my own trailer on the street. I have to pay the ticket. I got the ticket.  I'm helping international students study in the U.S. Buy the bus pass for them, give direction, and if they have homework, I'm helping them. I have two other houses also in Las Vegas. It is MERS countrywide, Bank of America, Fannie Mae. I pay 50%. At that time, it's 2010, foreclosed. And also 2017, MERS countrywide, Bank of America, WAMU, Chase, and then they sell it to some other. I do not know what others. I think this banking make money. They are selling without me knowing it. So the house already foreclosed. So three houses foreclosed. I'm on the street in the cold weather. I'm senior, 65 years. I'm really asking the help from the court. All my construction stuff gone. The attorney of Deutsche Bank, Kelly Bell, bring his girlfriend and maybe just a bidding 300 and get all my I buy from Costco this bathroom sink. Nice. I think I already show it to you, submit it to you. Gone empty. They're going to sell it. For 1.3 million in my area, people going to buy very fast. Maybe the next day, if you do not stop it, everybody going to buy and move in right away. Thank you. Are you done? Yes. So I just want your. Thank you very much for your presentation today. We have listened to you and we will issue a disposition in your case very promptly. So the case is now submitted.  Thank you.
judges: Kurtz, Taylor, and Faris